**THE URBAN LAW FIRM**
Michael A. Urban, Nevada State Bar No. 3875
Nathan R. Ring, Nevada State Bar No. 12078
Seth T. Floyd, Nevada State Bar No. 11959
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
E-mail: murban@theurbanlawfirm.com
nring@theurbanlawfirm.com
sfloyd@theurbanlawfirm.com
*Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 HEALTH BENEFITS FUND; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 VACATION FUND; BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 NEVADA; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL HEALTH FUND; and TRUSTEES OF THE INTERNATIONAL MASONRY INSTITUTE,<br><br>Plaintiffs,<br><br>vs.<br><br>TILE CONCEPTS, INC., a Nevada corporation; CARLOS ANDRES CORZO, an individual; MICHAEL R. TRIMBLE, an individual,<br><br>Defendants. | CASE NO: 2:14-cv-00731-MMD-CWH<br><br>**ORDER FOR JUDGMENT DEBTOR EXAMINATION OF DEFENDANT MICHAEL R. TRIMBLE** |

Having considered Plaintiffs' Application for Judgment Debtor Examination of Michael Trimble, owner, president, officer and treasurer of Defendant/Judgment Debtor Tile Concepts, Inc., and the Declaration of Seth T. Floyd and good cause appearing,

1

**IT IS HEREBY ORDERED** that Michael Trimble, owner, president, officer and treasurer of Defendant/Judgment Debtor Tile Concepts, Inc., appear at The Urban Law Firm, 4270 S. Decatur Blvd., Suite A-9, Las Vegas, NV 89103, on March 2, 2016, at 9:30 a.m., to be sworn in for a Judgment Debtor Examination and then and there answer concerning property subject to the ownership and control of Michael Trimble and Tile Concepts, Inc. (hereinafter collectively referred to as "Mr. Trimble and/or Company").

**IT IS FURTHER ORDERED** that Mr. Trimble and/or Company bring with him the following documents under his or Tile Concepts, Inc.'s control or under the control of its agents, attorneys or accountants:

    a.    All financial statements prepared by or on behalf of Mr. Trimble and/or Company from January 1, 2014, to the present.

    b.    All original monthly bank statements of Mr. Trimble and/or Company from January 1, 2014, to the present.

    c.    All original savings account pass books, certificates of deposit, and trust certificates in the name of Mr. Trimble and/or Company from January 1, 2014, to the present.

    d.    All original negotiable instruments and negotiable securities in the name of Mr. Trimble and/or Company from January 1, 2014, to the present.

    e.    All evidence or other memoranda of any ownership interest of Mr. Trimble and/or Company in any other corporation, partnership, unincorporated association or any business organized or conducted for the production of income from January 1, 2014, to the present.

    f.    All evidence or other memoranda of any income received by Mr. Trimble and/or Company from January 1, 2014, to the present, to include but not limited to tax returns, insurance proceeds, or repayment of loans.

    g.    All evidence or other memoranda of any employer, or place of work or employment of Mr. Trimble and/or Company from January 1, 2014, to the present, including but not limited to contracts, invoices, billings, vouchers or payments.

  h. All evidence of any ownership interest of Mr. Trimble and/or Company to include but not limited to, bills of sale, pink slips or any other record or title, in any motor vehicle, airplane, boat, equipment or machinery, from January 1, 2014, to the present.

  i. All evidence of any debts or repayments owed by Mr. Trimble and/or Company, to include but not limited to, those arising from loans or judgments from January 1, 2014, to the present.

  j. Any and all evidence or other memoranda indicating that Mr. Trimble and/or Company were either a plaintiff or a defendant in any lawsuit from January 1, 2014, to the present.

  k. Any and all evidence or memoranda indicating that Mr. Trimble and/or Company received any judgment, award, bequest or devise in any lawsuit or other court action from January 1, 2014, to the present.

  l. Any and all evidence or memoranda indicating any ownership interest of Mr. Trimble and/or Company in any patent, invention, trade name, or copyright.

  m. Any and all evidence or memoranda indicating an ownership interest of Mr. Trimble and/or Company in any real property or developments on real property.

  n. Any and all evidence of the sale(s) of any real or personal property of Mr. Trimble and/or Company from January 1, 2014, to the present.

  o. Any and all loan applications filled out by Mr. Trimble and/or Company since January 1, 2014.

  p. Copies of all documents evidencing the sale or transfer of any assets of Mr. Trimble and/or Company from January 1, 2014, to the present.

  q. Any and all documents evidencing any federal or State tax liability of Mr. Trimble and/or Company.

  r. Original cash disbursement journals and/or check registers maintained in connection with any business of Mr. Trimble and/or Company from January 1, 2014, to the present.

  s. Federal income tax returns of Mr. Trimble and/or Company for the year 2014 to the present.

1         t.        All daily job logs, diaries or foreman reports of Mr. Trimble and/or Company from January 1, 2014, to the present.

        u.        All daily job tickets or invoices of Mr. Trimble and/or Company from January 1, 2014, to the present.

        v.        All invoices for labor or services provided by Mr. Trimble and/or Company in connection with any work in building, excavation, grading, paving and engineering construction, demolition, modification or repair of any structure for the period of January 1, 2014, to the present.

        w.       All canceled checks drawn on any account established in the name of Mr. Trimble and/or Company from January 1, 2014, to the present.

<b><u>NOTICE TO JUDGMENT DEBTOR</u></b>

**IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER REQUIRING YOU TO PAY REASONABLE ATTORNEY'S FEES INCURRED BY THE JUDGMENT CREDITORS IN THIS PROCEEDING.**

Dated **February 8, 2016.**

By: _____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

**THE URBAN LAW FIRM**

By: _____
Michael A. Urban, Nevada State Bar No. 3875
Nathan R. Ring, Nevada State Bar No. 12078
Seth T. Floyd, Nevada State Bar No. 11959
*Counsel for Plaintiffs*